IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON MOTLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:19-CV-478-WKW |
| HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency, | ) ) ) ) |
| Defendant. | ) ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE